1  Eric Bensamochan, Bar #255482
   The Bensamochan Law Firm
2  30851 Agoura Rd # 114
   Agoura Hills, Ca 91301
3  818-907-5866  (FAX) 818-461-5959
   ATTORNEY FOR PLAINTIFF

4               UNITED STATES DISTRICT COURT
              FOR THE CENTRAL DISTRICT OF CALIFORNIA
5

6  J&J SPORTS PRODUCTIONS, INC           )
                                          )
7          Plaintiff,        vs.          )   Case No.: 2:10-CV-03149-WDK-FMO
                                          )
8  ALI TEHFI,  et al,                     )        **RENEWAL OF JUDGMENT**
                                          )             **BY CLERK**
9          Defendant,                     )
                                          )
10 _____)

11  Based upon the application for renewal of the judgment of the original judgment, and pursuant to

12 F.R.C.P. 69(a) and C.C.P. §683.110 through  §683.320, and for good cause appearing therefore,

13    Judgment in favor of Plaintiff, J&J Sports Productions, Inc, and against Defendant, Ali Tehfi,

14 individually and d/b/a Famous Hamburger; and Ali Tehfi, Corporation, an unknown business

15 entity d/b/a Famous Hamburger, entered on March 3, 2011, be and the same is hereby renewed in the

16 amounts as set forth below:

17     Renewal of money judgment

18        a.  Total judgment                       $     4,700.00
          b.  Costs after judgment                 $        00.00
19        c.  Subtotal *(add a and b)*             $     4,700.00
          d.  Credits                              $        00.00
20        e.  Subtotal *(subtract d from c)*       $     4,700.00
          f.  Interest after judgment(.34%)        $       158.22
21        g.  Fee for filing renewal of application  $      00.00
          h.  Total renewed judgment (add e, f and g)  $  4,858.22

22
23
24
25

26  Dated: January 25, 2021         CLERK, by  *Sharon Hall Brown*
27                                           Deputy
                                     Kiry A. Gray,
28                                   Clerk of U.S. District Court


                              Renewal of Judgment